UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:11-CR-168-2 |
| § | |
| CALVIN ANTHONY WATSON § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**TO FIND APPEAL TIMELY FILED**

On January 8, 2014, United States Magistrate Judge B. Janice Ellington signed a Memorandum and Recommendation recommending that the Court find that defendant Calvin Anthony Watson placed his notice of appeal in the prison mail on or before March 18, 2013, and that his notice of appeal be considered timely filed in compliance with Rule 4(c)(1). Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, the Court finds that defendant Calvin Anthony Watson placed his notice of appeal in the prison mail on or before March 18, 2013. It is therefore

ORDERED that defendant Calvin Anthony Watson's notice of appeal is considered timely filed in compliance with Rule 4(c)(1).

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 27th day of January, 2014.

_____
Janis Graham Jack
Senior United States District Judge